479 A.2d 1126

Commonwealth v. Weeks, Appellant.

Submitted February 3, 1984. Daniel H. Greene, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.

479 A.2d 1127

Commonwealth v. Wharton, Appellant.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

Submitted March 19, 1984. Patricia M. Dugan, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.